# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ULISER GALDAMEZ, IN HIS OWN RIGHT AND AS ADMINISTRATOR OF THE ESTATE OF OLGA GALDAMEZ, DEC., AND JAYLIN STEFFANY GALDAMEZ, DEC.

       v.

U-HAUL CO. OF PENNSYLVANIA, U-HAUL INTERNATIONAL, INC. AMERICO, JOVAN MARTIN, MIGUEL RIVERA, ERJON MENI AND ERI VENDING CART, INC. VICTORIA LEE, LATAJAH MINTON AND SHALANDA WILSON, P/N/G SAMIRA CHINA (A MINOR)

       v.

ULISER GALAMEZ, IN HIS OWN RIGHT AND AS ADMINISTRATOR OF THE ESTATE OF OLGA GALDAMEZ, DEC., AND JAYLIN STEFFANY GALDAMEZ, DEC. KIMBERLY JUAREZ, A MINOR, BY ELIDA JUAREZ, NATURAL GUARDIAN

PETITION OF: MIGUEL RIVERA AND JOVAN MARTIN

: No. 548 EAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.